Renée M. Dailey
AKIN GUMP STRAUSS HAUER & FELD LLP
65 Memorial Road
Suite C340
West Hartford, CT 06107
Telephone:    (860) 263-2930
Facsimile:    (860) 263-2932

Abid Qureshi
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Virgin Australia Holdings Ltd, *et al.*, (ACN 100 686 226)[1] | Case No. 20-11024 (SHL) |
| Debtors in a Foreign Proceeding[2]. | (Joint Administration Requested) |

**NOTICE OF COMMENCEMENT OF CHAPTER 15 CASES**

**PLEASE TAKE NOTICE** that on the date hereof, Vaughan Strawbridge, Richard Hughes, John Greig, and Salvatore Algeri, in their capacities as the duly authorized foreign representatives (the "Foreign Representative") of the above-captioned foreign debtors

---

[1] An Australian Company Number ("ACN") is a unique nine-digit number issued by the Australian Securities and Investments Commission ("ASIC") to every company registered under the Commonwealth Corporations Act 2001 as an identifier.

[2] The Debtors in these cases, along with the last three digits of each Debtor's ACN number, are: Virgin Australia Holdings Ltd (226); Virgin Australia International Operations Pty Ltd (608); Virgin Australia International Holdings Pty Ltd (021); Virgin Australia International Airlines Pty Ltd (823); Virgin Australia Airlines (SE Asia) Pty Ltd (389); Virgin Australia Airlines Holdings Pty Ltd (675); VAH Newco No. 1 Pty Ltd (345); Tiger Airways Australia Pty Limited (008); Virgin Australia Airlines Pty Ltd (965); VA Borrower 2019 No. 1 Pty Ltd (059); VA Borrower 2019 No. 2 Pty Ltd (343); Virgin Tech Pty Ltd (879); Short Haul 2018 No. 1 Pty Ltd (831); Short Haul 2017 No. 1 (390); Short Haul 2017 No. 2 Pty Ltd (443); Short Haul 2017 No. 3 Pty Ltd (813); VBNC5 Pty Ltd (502); A.C.N. 098 904 262 Pty Ltd (262); Virgin Australia Regional Airlines Pty Ltd (662); Virgin Australia Holidays Pty Ltd (159); VB Ventures Pty Ltd (004); Virgin Australia Cargo Pty Ltd (838); VB Leaseco Pty Ltd (741); VA Hold Co Pty Ltd (157); VA Lease Co Pty Ltd (291); Virgin Australia 2013-1 Issuer Co Pty Ltd (326); 737 2012 No. 1 Pty. Ltd (859); 737 2012 No. 2 Pty Ltd (064); Short Haul 2016 No. 1 Pty Ltd (328); Short Haul 2016 No. 2 Pty Ltd (077); Short Haul 2014 No. 1 Pty Ltd (612); Short Haul 2014 No. 2 Pty Ltd (199); VA Regional Leaseco Pty Ltd (605); VB 800 2009 Pty Ltd (934); VB Leaseco No. 2 Pty Ltd (319); VB LH 2008 No. 1 Pty Ltd (354); VB LH 2008 No. 2 Pty Ltd (805); VB PDP 2010-11 Pty Ltd (266); Tiger International Number 1 Pty Ltd (944). The service address for each of the above Debtors is Deloitte Brisbane, Riverside Centre, 123 Eagle St, Brisbane QLD 4000, Australia.

(collectively, the "Foreign Debtors") whose extraordinary administration proceedings under Australian law are currently pending in the Federal Court of Australia (the "Australian Proceedings"), filed (a) petitions for relief under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") and (b) a verified petition for recognition of the Australian Proceedings as foreign main proceedings in the United States Bankruptcy Court for the Southern District of New York pursuant to Section 1517 of the Bankruptcy Code, and thereby granting related relief pursuant to Section 1520 of the Bankruptcy Code and granting additional relief pursuant to Section 1521 (a) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing with respect to these chapter 15 proceedings for **4:00 p.m. (prevailing Eastern Time) on May 21, 2020**, and on which date the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed by the Foreign Representative may be obtained by visiting the Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document); by visiting the Foreign Representatives' website at https://www2.deloitte.com/au/virgin-chapter-15; or upon written request to the Foreign Representative's United States counsel addressed to:  Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York NY 10036, Attn:  Abid Qureshi (aqureshi@akingump.com) and Akin Gump Strauss Hauer & Feld LLP, 65 Memorial Road, Suite C340, West Hartford, CT 06107, Attn:  Renée M. Dailey (renee.dailey@akingump.com).

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: April 29, 2020 | */s/ Abid Qureshi*<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Abid Qureshi<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>aqureshi@akingump.com<br><br>- and -<br><br>Renée M. Dailey<br>65 Memorial Road<br>Suite C340<br>West Hartford, CT 06107<br>Telephone: (860) 263-2930<br>Facsimile: (860) 263-2932<br>renee.dailey@akingump.com<br><br>*Counsel to the Foreign Representative* |