| | |
|---|---|
| Renée M. Dailey<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>65 Memorial Road<br>Suite C340<br>West Hartford, CT 06107<br>Telephone:   (860) 263-2930<br>Facsimile:   (860) 263-2932 | Abid Qureshi<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>Telephone:   (212) 872-1000<br>Facsimile:   (212) 872-1002 |

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Virgin Australia Holdings Ltd, *et al.*, (ACN 100 686 226)[1] | Case No. 20-11024 (SHL) |
| Debtors in a Foreign Proceeding[2]. | (Joint Administration Requested) |

# CERTIFICATE OF SERVICE

---

[1] An Australian Company Number ("ACN") is a unique nine-digit number issued by the Australian Securities and Investments Commission ("ASIC") to every company registered under the Commonwealth Corporations Act 2001 as an identifier.

[2] The Debtors in these cases, along with the last three digits of each Debtor's ACN number, are: Virgin Australia Holdings Ltd (226); Virgin Australia International Operations Pty Ltd (608); Virgin Australia International Holdings Pty Ltd (021); Virgin Australia International Airlines Pty Ltd (823); Virgin Australia Airlines (SE Asia) Pty Ltd (389); Virgin Australia Airlines Holdings Pty Ltd (675); VAH Newco No. 1 Pty Ltd (345); Tiger Airways Australia Pty Limited (008); Virgin Australia Airlines Pty Ltd (965); VA Borrower 2019 No. 1 Pty Ltd (059); VA Borrower 2019 No. 2 Pty Ltd (343); Virgin Tech Pty Ltd (879); Short Haul 2018 No. 1 Pty Ltd (831); Short Haul 2017 No. 1 Pty Ltd (390); Short Haul 2017 No. 2 Pty Ltd (443); Short Haul 2017 No. 3 Pty Ltd (813); VBNC5 Pty Ltd (502); A.C.N. 098 904 262 Pty Ltd (262); Virgin Australia Regional Airlines Pty Ltd (662); Virgin Australia Holidays Pty Ltd (159); VB Ventures Pty Ltd (004); Virgin Australia Cargo Pty Ltd (838); VB Leaseco Pty Ltd (741); VA Hold Co Pty Ltd (157); VA Lease Co Pty Ltd (291); Virgin Australia 2013-1 Issuer Co Pty Ltd (326); 737 2012 No. 1 Pty. Ltd (859); 737 2012 No. 2 Pty Ltd (064); Short Haul 2016 No. 1 Pty Ltd (328); Short Haul 2016 No. 2 Pty Ltd (077); Short Haul 2014 No. 1 Pty Ltd (612); Short Haul 2014 No. 2 Pty Ltd (199); VA Regional Leaseco Pty Ltd (605); VB 800 2009 Pty Ltd (934); VB Leaseco No. 2 Pty Ltd (319); VB LH 2008 No. 1 Pty Ltd (354); VB LH 2008 No. 2 Pty Ltd (805); VB PDP 2010-11 Pty Ltd (266); Tiger International Number 1 Pty Ltd (944).  The service address for each of the above Debtors is Deloitte Brisbane, Riverside Centre, 123 Eagle St, Brisbane QLD 4000, Australia.

MEGHAN K. OLSEN

1. I am employed in the County of Hartford, State of Connecticut. I am over the age of 18 and not a party to the within action; my business address is: 65 Memorial Road, Suite C340, West Hartford, CT 06107.

2. I certify that on April 30, 2020, I caused true and correct copies of:

   a. *Chapter 15 Petition for Recognition of Foreign Proceeding of Virgin Australia Holdings Ltd.* [ECF No. 1]

   b. *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [ECF No. 2];

   c. *Declaration of Foreign Representative Pursuant to 11 U.S.C. § 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and in Support of Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [ECF No. 3];

   d. *Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice* [ECF No. 4];

   e. *Order Signed on 4/29/2020, Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice* [ECF No. 5];

   f. *Motion for Joint Administration* [ECF No. 6];

   g. *Notice of Commencement of Chapter 15 Cases* [ECF No. 7]; and

   h. *Chapter 15 Petitions for Recognition of Foreign Proceeding for Case Nos 20-11025 through and including 20-11033. and 20-11035 through and including 20-11063 [ECF Nos. 1]*

to be served via electronic mail on the parties listed in the Exhibit A attached hereto, and via First Class Mail as indicated, on the parties listed in the Exhibit B attached hereto.

West Hartford, CT

Dated: April 30, 2020

_____
Meghan K. Olsen

2

## EXHIBIT A

| | |
|---|---|
| 41ST PARAMETER | mscollections@experian.com |
| AAE LTD - ADVANCED AIRCRAFT EXTINGUISHERS LTD | kelly@aae-ltd.com |
| AAR LANDING GEAR SERVICES | iris.cordova@aarcorp.com |
| AAR LANDING GEAR SERVICES | treasury@aarcorp.com |
| AAR LANDING GEAR SERVICES | willie.bailey@aarcorp.com |
| AAR SUPPLY CHAIN INC. | gayatri.vinayak@aarcorp.com |
| AAR SUPPLY CHAIN INC. | gayatri.vinayak@aarcorp.com |
| ABOUT AUSTRALIA | accounts@aboutaustralia.com |
| ACCERTIFY INC | ar@accertify.com |
| ACCERTIFY INC | ar@accertify.com |
| ACCOMMODATIONS PLUS INTERNATIONAL | va.payables@apihotels.com |
| ADAMS RITE AEROSPACE INC | arivas@araero.com |
| ADDEV MATERIALS AEROSPACE & DEFENSE | v.trivedi@addevmaterials.com |
| ADVANCE TRADE AEROSPACE | olgaz@advancetradeaerospace.com |
| ADVANCED AEROSPACE COMPONENTS LLC | sales@advancedaerocomponents.com |
| ADVANCED ATOMIZATION TECHNOLOGIES | accountsreceivable@advancedatomization.com |
| AERO CAPITAL SOLUTIONS INC (ACS) | ar@aerocapitalsolutions.com |
| AERO CONTROLEX | kjohn@aerocontrolex.com |
| AERO CONTROLS INC | ar@aerocontrols.com |
| AERO PORT SERVICES INC | erick@aeroportservices.com |
| AEROCENTURY CORP | bryon.hurey@aerocentury.com |
| AEROSIM ACADEMY INC DBA L3 CTS AIRLINE ACADEMY | mary.randle@l3t.com |
| AGSE - ADVANCED GROUND SYSTEMS ENGINEERING LLC | agse@agsecorp.com |
| AHA LABS INC | support@aha.io |
| AIR BY PLEASANT | craig.james@pleasant.net |
| AIR RUSH LLC | justin@airrushparts.com |
| AIR SERV | abmssccashapps@abm.com |
| AIRCRAFT SERVICE INTERNATIONAL INC. DBA MENZIES AVIATION | remit@menziesaviation.com |
| AIRLINE PASSENGER EXPERIENCE ASSOCIATION (APEX) | dodonnell@kellencompany.com |
| AIRLINE TARIFF PUBLISHING CO | nlapinski@atpco.net |
| AIRLINES CLEARING HOUSE INC | ach@airlines.org |
| AIRLINES CLEARING HOUSE INC | ltully@airlines.org |
| AIRLOGICA | david_harms@airlogica.com |
| AIRMARK COMPONENTS | accounting@airmarkcomponents.com |
| AIRPAC ENTERPRISES INC | accounting@airpacx.com |
| AIRPAC ENTERPRISES INC | jelena@airpacx.com |
| AIRPORT TERMINAL MANAGEMENT INC | eric.kim@atmlax.com |
| AIRPORT TERMINAL SERVICES INC | ar.remit@atsstl.com |
| AIRPORT TERMINAL SERVICES INC | atsar@atsstl.com |
| AIRSERVICE HAWAII | sharon@airservicehawaii.com |
| AIRWORTH AVIATION CONSULTING LLC | marcus.sais@airworthaviation.com |

| | |
|---|---|
| AKRO FIRE INC | jbryan@akrofire.com |
| AKRON-CANTON AIRPORT | jkrum@akroncantonairport.com |
| ALBANY AEROSTRUCTURES COMPOSITES LLC T/AS ALBANY ENGINEERED COMPOSITES | jeanene.traficante@albint.com |
| ALBANY COUNTY AIRPORT AUTHORITY | mrh@albanyairport.com |
| ALBERT J ELLIS AIRPORT | sandra_janssen@onslowcountync.gov |
| ALBUQUERQUE INTERNATIONAL SUNPORT | ttran@cabq.gov |
| ALEXANDRIA INTERNATIONAL AIRPORT | dmcferren@englandairpark.org |
| ALLEGHENY COUNTRY AIRPORT AUTHORITY | jsmith@pitairport.com |
| ALLFLIGHT CORPORATION | trangn@allflight.com |
| ALTOUR INTERNATIONAL INC | sherman.snyder@altour.com |
| AMAZON WEB SERVICES INC. | aws-receivables-support@email.amazon.com |
| AMERICAN COOLER SERVICE INC | andrea@americancooler.us |
| AMERICAN EXPRESS TRAVEL | saonnia.whitmer@arsigroup.com |
| AMETEK AEROSPACE AND DEFENSE | acctreceivables.sensors@ametek.com |
| AMETEK ROTRON | patricia.davis@ametek.com |
| AMEX USD | gsr.finance.support@aexp.com |
| AMKO GROUP INTERNATIONAL | amottola@amkointl.com |
| AMSAFE | accountsreceivable@amsafe.com |
| ANCHORAGE INTERNATIONAL AIRPORT ALASKA | dot.aia.finance@alaska.gov |
| ANSETT AIRCRAFT SPARES & SERV | invoices@ansett.com |
| ANSETT AIRCRAFT SPARES & SERV | msaclao@ansett.com |
| APPEXTREMES LLC DBA CONGA | accounting@appextremes.com |
| APQC | habdel@apqc.org |
| ARGO TRAVEL LIMITED | ranjitargo@connect.com.fj |
| ARIBA INC | istanowski@ariba.com |
| ARINC INCORPORATED | commercialinvoices@arinc.com |
| ARINC INCORPORATED | kelson.chia@rockwellcollins.com |
| ARKWIN INDUSTRIES INC | cduddy@arkwin.com |
| AROMA CAFE CULTURE INC. | accounting@aromacafeculture.com |
| ASHEVILLE REGIONAL AIRPORT AUTHORITY | hjones@flyavl.com |
| ASPEN PITKIN COUNTY AIRPORT | bj.deherrera@aspenairport.com |
| ASPIRE DOWN UNDER | sales@aspiredownunder.com |
| ASTRO INSTRUMENTS SERVICE CORP | accounting@astroinstruments.com |
| ASTRONICS ADVANCED ELECTRONIC SYSTEMS | donald.wallick@astronics.com |
| ASTRONICS ADVANCED ELECTRONIC SYSTEMS | heather.misner@astronics.com |
| ASTRONICS ARMSTRONG AEROSPACE | ar@armstrongaerospace.com |
| ASTRONOVA INC | remit@astronovainc.com |
| ATLASSIAN PTY LTD | billing@atlassian.com |
| AUGUSTA REGIONAL BUSH FIELD AIRPORT | vvyas@augustaga.gov; mpeoples@augustaga.gov |
| AUSGAEL AVIATION SERVICES | d.carnell@ausgael.com |
| AUSGAEL AVIATION SERVICES | dcarnell@ausgael.com |
| AUSTRALIANS IN FILM | paulapaizes@earthlink.net |
| AV-AIR INC | kelliek@avairparts.com |
| AVALON TRANSPORTATION | arremittances@avalontrans.com |

| | |
|---|---|
| AVIATION & MARKETING INTERNATIONAL INC. | dan2@turbineengine.com |
| AVIATION COMMUNICATIONS AND SURVEILLANCE SYSTEMS LLC | acss.accountsreceivable@l-3com.com |
| AVIATION DEVICES AND ELECTRONIC COMPONENTS LLC | ardetail@avdec.com |
| AVIATION PARTNERS BOEING | dleclaire@aviationpartners.com |
| AVIATION SAFE GUARDS | ar@commandsecurity.com |
| AVIATION TECHNICAL SERVICES | accounting@texasaircomposites.com |
| AVIEM INTERNATIONAL INC | heather.ramsey@aviem.com |
| AVIONIC INSTRUMENTS INC | schon@avionicinstruments.com |
| AVIONICS SUPPORT GROUP INC | a_wong@asginc.net |
| AVIOSUPPORT INC | anne@aviosupport.com |
| AVITAS | stacy.demarce@avitas.com |
| AVMAR SERVICES | osborn@avmarservices.com |
| AVSAM INC-AVSOFT AMERICAS | k_halat@avsoft.net |
| AVTECHTYEE INC | avtechar@avtechtyee.com |
| B & V AIRCRAFT PARTS | rudy@bvairparts.com |
| B&B PRINT SOURCE | debid@bbprintsource.com |
| B/E AEROSPACE INC | beaerospacepd@beaerospace.com |
| B/E AEROSPACE INC | rcicredit&collection@rockwellcollins.com |
| B/E AEROSPACE INC | remittance@beaerospace.com |
| BAE SYSTEMS CONTROLS INC | scott.mchugh@baesystems.com |
| BANGOR INTERNATIONAL | dlittle@flybangor.com |
| BANK OF UTAH | sprusse@bankofutah.com |
| BARNES & THORNBURG LLP | shawnrafferty@eversheds-sutherland.com |
| BARNETT ELECTRIC INC. | lindsay@barnettelectric.com |
| BATON ROUGE METROPOLITAN AIRPORT | cmorgan@brgou.com |
| BBAM AIRCRAFT HOLDINGS 115 SARL | contracts@bbam.com |
| BCD TRAVEL USA | renee.homaidan@bcdtravel.com.au |
| BE AEROSPACE INC FSI | laurie_hofmann@beaerospace.com |
| BILL THOMAS ASSOCIATES INC | fred.jones@ebta.net |
| BILL THOMAS ASSOCIATES INC | sonya.aceres@ebta.net |
| BIRMINGHAM AIRPORT AUTHORITY | ckersh@flybirmingham.com |
| BISHOP INTERNATIONAL AIRPORT | dgriffin@bishopairport.org |
| BISMARK MUNICIPAL | ehendric@nd.gov |
| BLUE GRASS AIRPORT | tharper@bluegrassairport.com |
| BLUE MARBLE GEOGRAPHICS | gmorders@bluemarblegeo.com |
| BLUE SKIES GLOBAL INC | lisa@blueskiesconsulting.us |
| BLUE SKY EXHIBITS | aestabrook@blueskyexhibits.com |
| BOEING (THE BOEING COMPANY) | bcaedimanagement@boeing.com |
| BOEING (THE BOEING COMPANY) | bcapaymentdetail@boeing.com |
| BOEING (THE BOEING COMPANY) | inola.c.delacruz@boeing.com |
| BOEING DISTRIBUTION SERVICES INC. | eve.lim@boeingdistribution.com |
| BOEING DISTRIBUTION SERVICES INC. | payment.details@boeingdistribution.com |
| BOSTON'S LOGAN INT AIRPORT | accounting_dept@massport.com |
| BREEZY HILL | burkhartglenda@gmail.com |

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES INC | accounting@brightedge.com |
| BRINKS INCORPORATED | remit.advice@brinksinc.com |
| BROOKS & MALDINI CORPORATION | accounting@brooks-maldini.net |
| BROWN AVIATION TOOL SUPPLY CO | brenda@browntool.com |
| BUFFALO NIAGARA INTERNATIONAL AIRPORT | gary_weibel@nfta.com |
| BURLINGTON INTERNATIONAL AIRPORT | lzizza@btv.aero |
| BURRANA INC. | jeff.sanford@burrana.aero |
| C & L AEROSPACE LLC | nate.e@cla.aero |
| C.A.SHEA & COMPANY INC. | neil@cashea.com |
| CALLIDUS SOFTAWARE INC. | ar@calliduscloud.com |
| CAPITAL REGION AIRPORT COMMISSION | pfc@flyrichmond.com |
| Carlos Alberto Alvarado Torres | carlos.alvarado@virginaustralia.com |
| CARNIVAL CORPORATION NORTH AMERICA (PRINCESS CRUISE LINES LTD) | nroth@hagroup.com |
| CD NETWORKS | jean.sandhu@cdnetworks.com |
| CEB CORPORATE EXC BOARD CO | accountsreceivable@executiveboard.com |
| CENTRAL ILLINOIS REGIONAL AIRPORT | diane@circa.com |
| CENTRAV INC. | gena@centrav.com |
| CFAN CO | suzanne.putegnat@c-fan.com |
| CFM INTERNATIONAL INC | invoices.cfmi@ge.com |
| CFM INTERNATIONAL INC | kim1.jones@ge.com |
| CFM INTERNATIONAL INC | kim1.jones@ge.com |
| CFM MATERIALS LP | remittance@cfmmaterials.com |
| CHALLENGER PERFORMANCE OPTIMIZATION INC | dorris.williams@challengerinc.com |
| CHARLOTTE DOUGLAS INTERNATIONAL AIRPORT | thegreene@charlotteairport.com |
| Christopher Donald Palmer | chris.palmer@virginaustralia.com |
| CITY OF ATLANTA | brian.ojibe@atlanta-airport.com |
| CITY OF DAYTON | annette.brown@cityofdayton.org |
| CNA SURETY | uwservices@cnasurety.com |
| CO KINETIC | greg.mashlan@vaustralia.com.au |
| COLLETTE TRAVEL SERVICE INC | mdeldonno@collette.com |
| COLT COOPER CONSULTING LLC | colt@coltcooper.com |
| COMMAND FINANCIAL PRESS | csd@commandfinancial.com |
| CONNEXIONS LOYALTY INC DBA LOYALTY TRAVEL AGENCY | msp.accounts@cxloyalty.com |
| CORPORATE TRAVEL MANAGEMENT NORTH AMERICA INC. | andrew.theisen@travelctm.com |
| COSMOPOLITAN TRAVEL SERVICE INC | michalis@ctsfares.com |
| CPAT GLOBAL LLC | accounting@cpat.com |
| CRANE HYDRO-AIRE INC | oracle@eldec.com |
| CRANE HYDRO-AIRE INC | remittance@craneaerospace.com |
| CRITICAL MENTION | erice@criticalmention.com |
| CSC CORPORATION SERVICE COMPANY | payments@csinfo.com |
| CURTISS-WRIGHT CONTROLS | jytan@curtisswright.com |
| CVENT INC | receivables@cvent.com |

6

| | |
|---|---|
| DALLAS AIRMOTIVE | jhocking@dallasairmotive.com |
| DATCOMEDIA LLC | accounting@datcomedia.com |
| DATCOMEDIA LLC | accounting@datcomedia.com |
| DAUGHERTY FOWLER PEREGRIN HAUGHT & JENSON | sschoeb@dfphj.com |
| DAVIS WRIGHT TREMAINE LLP | achpaymentnotification@dwt.com |
| DECISION ANALYTICS INTERNATIONAL | ajay.singh@decisionanalyticsintl.com |
| DELL USA | ashraf_begum@dell.com |
| DELTA AIR LINES INC | artrade.delta@delta.com |
| DIAL COMMUNICATIONS | bbuck@dialcomm.com |
| DIIO | eva.cooper@diio.net |
| DIRECT TRAVEL | dteegan@dt.com |
| DOCUSIGN INC | remittance@docusign.com |
| DOCUSIGN INC | invoicing@docusign.com |
| DOWN UNDER ANSWERS | margot@duatravel.com |
| DTN LLC | cashapp@telventdtn.com |
| E&H LAMINATING & SLITTING COMPANY | justyna@ehlam.com |
| EAST VIEW CARTOGRAPHIC | brandon.tourtelotte@cartographic.com |
| EASTERN AERO MARINE INC | laura.matos@eamworldwide.com |
| EATON AEROSPACE LLC | customerremit@eaton.com |
| EATON ARGO-TECH CORPORATION | customerremit@eaton.com |
| ECRION SOFTWARE INC. | sales@ecrion.com |
| ELDEC CORPORATION | lisa.a.mickelson@wellsfargo.com |
| ELITE AIRLINE LINEN OF NEW YORK INC | nperez@eliteairlineservices.com |
| EMBRAER AIRCRAFT | pbadds@embraer.com |
| EMBRAER AIRCRAFT MAINTENANCE INC | eamsaccountsreceivable@embraer.com |
| EMBRAER AIRCRAFT MAINTENANCE INC | receipts@embraer.com |
| ENCORE INTERIORS INC | deborah.jimenez@encoregroup.aero |
| ENSEMBLE TRAVEL INC | kliu@ensembletravel.com |
| ERIE MUNICIPAL AIRPORT | sbruno@erieairport.org |
| EVERYMUNDO | accounting@everymundo.com |
| EXOTIC METALS FORMING COMPANY LLC | accountsrecievable@exoticmetals.com |
| EXPEDIA TRAVEL | jechung@expediagroup.com |
| EXPORT COMPLIANCE TRAINING INSTITUTE INC. | jessica@learnexportcompliance.com |
| Fahmid Kamal | fahmid.kamal@virginaustralia.com |
| FARWEST AIRCRAFT INC | maryann-b@farwestair.com |
| FAYETTEVILLE REGIONAL GRANNIS FIELD | bwhited@ci.fay.nc.us |
| FLIGHT CENTRE TRAVEL GROUP USA INC | ho.min.um@us.flightcentre.com |
| FLIGHT DIRECTOR INC | peter@flightdirector.com |
| FLIGHT LINE PRODUCTS INC | flp.ar@flightlineproducts.com |
| FLIGHT SAFETY FOUNDATION | bars@flightsafety.org |
| FLIGHTCOM CORPORATION | ar@soneticscorp.com |
| FLYING FOOD GROUP LLC | jcox@flyingfood.com |
| FOKKER SERVICES AMERICAS | tracy.heard@us.fokker.com |
| FOUNDERS LOGISTICS LLC | kumar@founderslog.us |
| FRANKLIN PRODUCTS INC | ar@franklinproducts.net |

7

| FRANKLIN PRODUCTS INC | customerservice@franklinproducts.net |
|---|---|
| FROSCH TRAVEL | accounting@frosch.com |
| GA TELESIS COMPONENT REPAIR GROUP | bfalls@gatelsis.com |
| GABLES ENGINEERING INC | elisam@gableseng.com |
| GATE GOURMET INC | cash_management@gategourmet.com |
| GBT US LLC | gsr.finance.support@amexgbt.com |
| GE AVIATION SYSTEMS AUSTRALIA PTY LTD | dlaviation.abrcfinadm@ge.com |
| GE AVIATION SYSTEMS AUSTRALIA PTY LTD | jill.kuikstra@ge.com |
| GE AVIATION SYSTEMS LLC | lindsey.harris@ge.com |
| GE CAPITAL AVIATION SERVICES | amsarbox@gecas.com |
| GE ENGINE SERVICES - MCALLEN LP | renaul.amador@ge.com |
| GE ENGINE SERVICES DISTRIBUTION LLC | kim1.jones@ge.com |
| GE ENGINE SERVICES DISTRIBUTION LLC | yue.ke@ge.com |
| GE ENGINE SERVICES LLC | james.fraser@ge.com |
| GE ENGINES (STROTHER)STRUCTURED SERVICES | kim1.jones@ge.com |
| GE FLIGHT EFFICIENCY SERVICES INCORPORATED | kim1.jones@ge.com |
| GE FLIGHT EFFICIENCY SERVICES INCORPORATED | kim1.jones@ge.com |
| GE ON WING SUPPORT INC USA | kim1.jones@ge.com |
| GE ON WING SUPPORT INC USA | kim1.jones@ge.com |
| Georgia Morgan Kicklighter | georgia.kicklighter@virginaustralia.com |
| GEVO | cwilcox@gevo.com |
| GITLAB INC | ar@gitlab.com |
| GKN AEROSPACE CHEM-TRONICS INC. | sales@chem-tronics.com |
| GLOBAL AVIATION COMPANY | ar@globalaviaiton.aero |
| GLOBAL AVIATION MANAGEMENT GROUP | accounting@globaleliteinc.com |
| GLOBAL BUSINESS TRAVEL ASSOCIATION - GBTA | ktamiru@gbta.org |
| GLOBAL EXPERIENCE SPECIALISTS | cashapplication@ges.com |
| GOANIMATE INC T/AS VYOND | norman.tong@vyond.com |
| GOGO AIR INTERNATIONAL SARL | gogobilling@gogoair.com |
| GOLDMAN SACHS & CO | andrew.chong@gs.com |
| GOODRICH INTERIORS | gr_cos_fss_ar@goodrich.com |
| GREINER AEROSPACE INC | william.ngo@greiner-aerospace.com |
| GST LEASE AVIATION CAPITAL GROUP VH-VUJ | acginvoicing@aviationcapital.com |
| GTT INTERNATIONAL (GATEWAY) USA | david.dfw@gtttravel.com |
| GULFPORT-BILOXI INTERNATIONAL AIRPORT | soberlies@flygpt.com |
| HALLMARK AVIATION SERVICES | sasimakeereewat@hallmark-aviation.com |
| HAMILTON SUNDSTRAND DBA COLLINS AEROSPACE | kim.jackson@collins.com |
| HAMILTON SUNSTRAND CORPORATION | cash.application@hs.utc.com |
| HAMILTON SUNSTRAND CORPORATION | donotreply@utas.utc.com |
| HEADS UP TECHNOLOGIES | lkurtovic@heads-up.com |
| HEATH TECNA INC | carol.rodgers@zodiacaerospace.com |
| HMS HOST INTERNATIONAL INC. | hmsarsupport@hmshost.com |
| HOJEIJ BRANDED FOOD LLC | carlos.alvarado@virginaustralia.com |

| | |
|---|---|
| HOLLAND & KNIGHT LLP | ar@hklaw.com |
| HONEYWELL INTERNATIONAL INC | dsa@honeywell.com |
| HONEYWELL INTERNATIONAL INC | gctsaeroremittance@honeywell.com |
| HONEYWELL INTERNATIONAL INC | samantha.sam@honeywell.com |
| HOT SECTION TECHNOLOGIES | geri.rex@hotsection.com |
| HRD AERO SYSTEMS INC | ar@hrd-aerosystems.com |
| HRG - HOGG ROBINSON USA - LLC | mohammad.khos-ghalb@hrgworldwide.com |
| HYDRO SYSTEMS USA | jim.lazarus@hydro.aero |
| IDAHO FALLS - TREASURER'S OFFICE | chdavis@idahofallsidaho.gov |
| INDIANAPOLIS AIRPORT AUTHORITY | sadams@indianapolisairport.com |
| ING BANK NV SINGAPORE BRANCH USD | lloyd.ty@asia.ing.com |
| INSTITUTES FOR BEHAVIOR RESOURCES | rpatel@ibrinc.org |
| INTERNATIONAL AERO ENGINES/IAE | stavroula.boutsikakis@pw.utc.com |
| INTERNATIONAL AERO ENGINES/IAE | voula.boutsikakis@iaev2500.com |
| INTERNATIONAL ASSOCIATION OF PRIVACY PROFESSIONALS | admin@iappanz.org |
| INTERNATIONAL COMMUNICATIONS GROUP INC | zora.parker@icg.aero |
| INTERTRADE | intertradesales@rockwellcollins.com |
| INVENTORY LOCATOR SERVICE LLC | accounting@ilsmart.com |
| ISOVOLTA GROUP | andrea.hale@isovolta-or.us |
| ITS INFINITY TRADING | ar@itsparts.com |
| ITT AEROSPACE CONTROLS | frcremittance@itt.com |
| ITT ENIDINE INC | chris.amara@itt.com |
| JACAERO INDUSTRIES LLC | finance@jacaero.com |
| JACKSON COUNTY AIRPORT AUTHORITY | juddaj@jacsoncounty.org |
| JACKSON HOLE AIRPORT | rusher@jacksonholeairport.com |
| JACKSON INTERNATIONAL AIRPORT | eperkins@jmaa.com |
| JACKSONVILLE AIRPORT AUTHORITY | knichols@jaa.aero |
| JAMCO AMERICA INC | ar@jamco-america.com |
| James Alexander Woodrow | jim.woodrow@virginaustralia.com |
| JEPPESEN INTEGRATED NAVIGATION SERVICES | indsaccountservices@jeppesen.com |
| JET MIDWEST | joel.reynolds@jetmidwest.com |
| JETPRO INTERNATIONAL | sales@jetproparts.com |
| JETPUBS | wghines@jetpubs.com |
| JETSCAPE INC | mdavis@jetscape.aero |
| JFK INTERNATIONAL AIRPORT | cchen@panynj.gov |
| JITTERBIT | payments@jitterbit.com |
| JOHN HANCOCK RETIREMENT PLAN SERVICES | winchi_lam@jhancock.com |
| JOHN WAYNE AIRPORT | nsierra@ocair.com |
| KANSAS CITY INTERNATIONAL AIRPORT | rachelle_jones@kcmo.org |
| KAYAK SOFTWARE CORPORATION | ar@kayak.com |
| KELLSTROM COMMERCIAL AEROSPACE INC | robert.bromley@kellstrommaterials.com |
| KENTON COUNTY AIRPORT BOARD | lcayze@cvgairport.com |
| KEY WEST INTERNATIONAL AIRPORT | rodriguez-yany@monroecounty-fl.gov |
| L.A.T. INVESTMENT CORP. | acarioni@latinvestment.com |

| | |
|---|---|
| L.E.K CONSULTING LLC | s.prabakharan@lek.com |
| L2 CONSULTING SERVICES INC | michelle.lebovitz@l2aviation.com |
| L3 COMMUNICATIONS AVIATION RECORDERS | denise.d'eath@l-3com.com |
| LA GUARDIA INTERNATIONAL AIRPORT | cchen@panynj.gov |
| LAX SHARED USE LOUNGE COMPANY LLC | d.kelley@avairpros.com |
| LAXFUEL CORPORATION | vivian.echavarria@asig.com |
| LEASE BANK OF UTAH NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE VH-VUI | bking@bankofutah.com |
| LEHIGH NORTHAMPTON AIRPORT AUTHORITY | sweiss@inaa.com |
| LINSTOL | linstoluk@linstol.com |
| LINUX ACADEMY INC | enterprise@linuxacademy.com |
| LITMUS SOFTWARE INC | billing@litmus.com |
| LITTLE ROCK NATIONAL AIRPORT | ar@fly-lit.com |
| LIVE TV | estela.alba@livetv.net |
| LOCUSLABS INC. | billing@locuslabs.com |
| LOG DNA INC | ron.benanto@logdna.com |
| LOG DNA INC | ron.benanto@logdna.com |
| LOS ANGELES WORLD AIRPORTS | pchiu@lawa.org |
| LOS ANGELES WORLD AIRPORTS | remittanceadviceach&wire@lawa.org |
| LOS ANGELES WORLD AIRPORTS | remittanceadviceach&wire@lawa.org |
| LOUISVILLE REGIONAL AIRPORT AUTHORITY | kristen.harbold@flylouisville.com |
| LUXE TRAVEL MANAGEMENT | craig@luxetm.com |
| MADER NEWS INC | accounting@madernews.com |
| MAGELLAN EXPENDABLES | diane.mcmurray@magellangroup.net |
| MANNO MEDIA INC | phil@mannomedia.com |
| MARKS SYSTEMS INC. | accounting@markssystems.com |
| MARYLAND AVIATION ADMINISTRATION | maapfcreports@bwiairport.com;sgilpin@mtb.com |
| MB TRAVEL CORP d/b/a DOWNTOWN TRAVEL | info@downtowntravel.com |
| MBS INTERNATIONAL | meisel@mbsairport.org |
| MCCARRAN INTERNATIONAL AIRPORT | pfc@mccarran.com |
| MCGHEE TYSON AIRPORT | pfc@tys.org |
| MEGGITT AIRCRAFT BRAKING SYSTEMS CORPORATION | lisa.dexter@meggitt.com |
| MEGGITT SAFETY SYSTEMS INC | mmccann@safetysystem.com |
| MELBOURNE INTERNATIONAL AIRPORT | dlyon@mlbair.com |
| MELNIK VENTURES LLC | stacey.osebold@melnikventures.com |
| MENZIES AVIATION GROUP USA | ar.us@menziesaviation.com |
| MERCURY | dasaccounting@mercuryllc.com |
| METROPOLITAN NASHVILLE AIRPORT AUTHORITY | lisa_roberts@nashintl.com |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY | remittance@mwaa.com |
| MIAMI-DADE AVIATION DEPARTMENT | mia-pay@miami-airport.com |
| MINNEAPOLIS ST PAUL INTERNATIONAL AIRPORT | msppfc@mspmac.org |
| MOBILE AIRPORT AUTHORITY | jennifer@mobairport.com |
| Mohamed Aiyub Murad | mohamed.murad@virginaustralia.com |

| | |
|---|---|
| MOHAWK CARPET DISTRIBUTION INC | aviation_customerservice@mohawkind.com |
| MOHAWK INDUSTRIES | norma_castro@mohawkind.com |
| MONDEE INC | ameron@mondee.com |
| MONOGRAM SYSTEMS | donald.placek@zodiacaerospace.com |
| MONROE COUNTY AIRPORT AUTHORITY | gkosta@monroecounty.gov |
| MONTGOMERY AIRPORT AUTHORITY | accountant@montgomeryairport.org |
| MOODY'S INVESTORS SERVICE INC. | freda.wu@moodys.com |
| MORRIS JAMES LLP | jgazzillo@morrisjames.com |
| MOTIONPOINT CORPORATION | ar-invoicing@motionpoint.com |
| MTU MAINTENANCE DALLAS INC. | sondra.hayes@mtudallas.com |
| NATIONAL PRODUCTS INC (RAM MOUNT) | michael.turner@rammount.com |
| NATIONAL REGISTERED AGENTS INC | cls-caa@wolterskluwer.com |
| NAVERUS | capitalwcsaviationcashapps@ge.com |
| NAVITAIRE LLC | sarah.adlewski@amadeus.com |
| NEW ORLEANS AVIATION BOARD (MSY) | carmenr@flymsy.com |
| NEWPORT NEWS/WILLIAMSBURG INTERNATIONAL | rford@flyphf.com |
| NOETIX CORPORATION | renewals@noetix.com |
| NORTHWESTERN REGIONAL AIRPORT COMMISSION | luanne.zak@tvcairport.com |
| NORTON ROSE FULBRIGHT US LLP | nrfusaccountsreceivable@nortonrosefulbright.com |
| NUVI LLC | billing@nuvi.com |
| OAKLAND INTERNATIONAL AIRPORT | cashier@portoakland.com |
| OECO LLC | brad.miller@meggitt.com |
| OLIVER WYMAN INC | janelle.porter@mmc.com |
| OLSON & CO INC DBA PULSEPOINT GROUP | accountsreceivable@olson.com |
| OPENLINK FINANCIAL LLC | ed.porter@openlink.com |
| OPERATIONAL PERFORMANCE SYSTEMS INC | jrwilschke@opsperf.com |
| OTRS INC | paul.salazar@otrs.com |
| OVATION TRAVEL GROUP | schapman@ovationtravel.com |
| PANASONIC AVIONICS CORPORATION | hideko.harris@panasonic.aero |
| PANASONIC AVIONICS CORPORATION | jhunu.graves@panasonic.aero |
| PARKER HANNIFIN CORPORATION | csoremittancedetails@parker.com |
| PARKER HANNIFIN CORPORATION | daniel.lau@parker.com |
| PAS TECHNOLOGIES INC | remittances@pas-technologies.com |
| PAYSCALE | billing@payscale.com |
| PCI SECURITY STANDARDS COUNCIL LLC | accounting@pcisecuritystandards.org |
| PECO INC AN ASTRONICS COMPANY | geri.beasley@astronics.com |
| PERRONE AEROSPACE | alexis@perroneaero.com |
| PHS/MWA AVIATION SERVICES INC. | sophie.hogan@phsmwa.com |
| PICASSO TRAVEL | accounting@picassotravel.com |
| PIEDMONT AVIATION COMPONENT | doncella.jones@piedmontaviation.com |
| PORT AUTHORITY OF NEW YORK & NEW JERSEY | fhannan@panynj.gov |
| PORT OF BELLINGHAM | bonniel@portofbellingham.com |
| PORT OF PORTLAND | pdxfinance@portofportland.com |
| PORT OF SEATTLE | ac.ar@portseattle.org |
| PORTLAND INTERNATIONAL JETPORT | rm@portlandmaine.gov |

11

| | |
|---|---|
| POWER STOW AMERICAS INC | br@powerstow.com |
| POWERJET PARTS INC | debra@powerjetparts.com |
| PRAETORIAN INSURANCE COMPANY | jpolkes@marketscout.com |
| PRATT & WHITNEY COMPONENT SOLUTIONS | accounts.receivables@pwc.ca |
| PRATT & WHITNEY COMPONENT SOLUTIONS | francis.inbaraj.arul@pwcaccountsreceivables.com |
| PRATT & WHITNEY COMPONENT SOLUTIONS | ilia.ohearn@prattwhitney.com |
| PRICELINE.COM | megan.flaherty@priceline.com |
| PRINCIPAL | jost.linda@principal.com |
| PRISM GROUP INC. | michael@prism-grp.com |
| PROLEXIC TECHNOLOGIES | oliver@prolexic.com |
| PROPONENT - KIRKHILL AIRCRAFT PARTS CO. | accountsreceivable@kapco-global.com |
| PROS INC | accountsreceivable@pros.com |
| PROSKAUER ROSE LLP | ckass@proskauer.com |
| PROTRAVEL INTERNATIONAL LLC | peter.vlitas@protravelinc.com |
| PULSEPOINT GROUP | accountsreceivable@olson.com |
| QBI LLC | janiceh@qbillc.com |
| QUALTRICS LLC | ar-apj@qualtrics.com |
| RALEIGH-DURHAM AIRPORT AUTHORITY | jennifer.sams@rdu.com |
| RENAISSANCE HOTEL NEWPORT BEACH | dakota.stoute@marriott.com |
| RENO-TAHOE AIRPORT AUTHORITY | egott@renoairport.com |
| RESERVE AIRCASTLE VH-XFG | mbaines@aircastle.com |
| RESERVE AIRCRAFT RESERVES WEST ENGINE ACQUISITION LLC ESN892706 | ar@willislease.com |
| RESERVE CIT GROUP VH-VOX | miles.renolds@tycocapital.com |
| RESERVE CIT VH-XFG | carolle.sorel@cit.com |
| RESERVE WELLS FARGO VH-XFJ | alison.rich@cit.com |
| RESERVES CIT VH-XFH | ck.chen@cit.com |
| REVENUE MANAGEMENT SYSTEMS INC | nhuang@revenuemanagement.com |
| RHINESTAHL TOOLING | aviation.toolingorder@rhinestahl.com |
| RHODE ISLAND AIRPORT CORPORATION | pfc@pvdairport.com |
| RICOH AMERICAS CORPORATION | electronicpay@ricoh-usa.com |
| RIITIIR LLC | matt@riitiir.com |
| ROANOKE REGIONAL AIRPORT | diana@roanokeairport.com |
| ROBERT E. MUELLER MUNICIPAL AIRPORT | debra.cortez@ci.austin.tx.us |
| ROBIN POWERED INC | billing@robinpowered.com |
| ROCKWELL COLLINS INC | jamcmaho@rockwellcollins.com |
| ROCKWELL COLLINS INC | rcicredit&collection@rockwellcollins.com |
| ROHR INC | fsscashremit@utas.utc.com |
| ROSEMOUNT AEROSPACE INC | fsscashremit@goodrich.com |
| SABRE GLBL INC | cash.applications@sabre.com |
| SABRE INC | as.collections@sabre.com |
| SAFRAN AEROSYSTEMS SERVICES AMERICAS LLC | salvador.dominguez@zodiacaerospace.com |
| SAFRAN CABIN GALLEYS US INC. | courtney.uchiyama@zodiacaerospace.com |
| SAFRAN CABIN GALLEYS US INC. | spares.dgu@zodiacaerospace.com |
| SAFRAN CABIN INC. | fatima.essa@zodiacaerospace.com |
| SAFRAN CABIN INC. | remittances.cdu@zodiacaerospace.com |

| | |
|---|---|
| SAFRAN LANDING SYSTEMS WHEEL & BRAKE SERVICES LLC | qur.s3405-ar_ssna.saf@safrangroup.com |
| SAFRAN MESSIER BUGATTI DOWTY | arnaud.heidrich@safranmbd.com |
| SAFRAN MESSIER BUGATTI DOWTY | sarah.brissaud@safranmbd.com |
| SAFRAN SEATS USA LLC | ar.zsus@zodiacaerospace.com |
| SALT LAKE CITY INTERNATIONAL AIRPORT | ann-marie.yoshida@slcgov.com |
| SAN ANTONIO INTERNATIONAL AIRPORT | guadalupe.talamantez@sanantonio.gov |
| SAN DIEGO INTERNATIONAL AIRPORT | payments@san.org |
| SAN FRANCISCO INTERNATIONAL AIRPORT | remittance.advice@flysfo.com |
| SAN JOSE INTERNATIONAL AIRPORT | airportpfc@sjc.org |
| SARASOTA BRADENTON INTERNATIONAL AIRPORT | ursula.faix@srq-airport.com |
| SAVANNAH AIRPORT COMMISSION | easpinwall@savannahairport.com |
| SAWTOOTH SOFTWARE | support@sawtoothsoftware.com |
| SAYWELL INTERNATIONAL INC | gladys@saywell.us |
| SCHNELLER LCC | credit@schneller.com |
| SEAL DYNAMICS LLC | chomang@sealdynamics.com |
| SENSOR SYSTEMS INC | info@sensorantennas.com |
| SER-MAT CORP | ssemoin@sermat.aero |
| SER-MAT INTERNATIONAL LLC | accounting@sermat.aero |
| SERVISAIR | swissport.remit@swissport.com |
| SHEFFIELD SCHOOL OF AERONAUTICS | morris@sheffield.com |
| SHUTTERSTOCK STOCK IMAGE LIBRARY | vrodriguez@shutterstock.com |
| SIA ENGINEERING (USA) INC | royston_yeo@siaecusa.com |
| SIMMONDS PRECISION PRODUCTS INC | fus.arhelp@goodrich.com |
| SITA INC US INC (ATLANTA) | marcela.skodova@sita.aero |
| SKY BIRD TRAVEL & TOURS | john@skybirdtravel.com |
| SKYLINK TRAVEL INC - NY | skopalkar@skylinkus.com |
| SOUNDAIR AVIATION SERVICES | accounting@soundair.com |
| SOURCE ONE SPARES | accountspayable@sourceonespares.com |
| SOUTHEAST AEROSPACE INC | lisa.meglio@searospace.com |
| SPARKCENTRAL | ap@sparkcentral.com |
| SPARKLOFT MEDIA | elena@sparkloftmedia.com |
| SPOKANE AIRPORT BOARD | darmstrong@spokaneairports.net |
| SPRINGBOARD VACATIONS USA | info@springboardvacations.com |
| ST JOSEPH COUNTY AIRPORT AUTHORITY | mgarner@sbnair.com |
| STA TRAVEL INC USA | jsparby@statravel.com |
| STANDARD AERO (ALLIANCE) INC | kevin.cusack@standardaero.com |
| STAPLES ADVANTAGE | arremittance@staples.com |
| STARLINE TOURS | leny.tan@starlinetours.com |
| STARR AIRCRAFT PRODUCTS INC | tdewitt@starraircraft.com |
| STATE OF HAWAII DEPARTMENT OF TRANSPORTATION | lisa.p.wong@hawaii.gov |
| STEALTH AEROSPACE INC | ar@stealthaerospace.com |
| STELLA TRAVEL SERVICES | finance@stellatravelusa.com |
| STS COMPONENT SOLUTION LLC | accounting@sts-cs.com |
| STUDENT UNIVERSE | brad.drake@studentuniverse.com |

| | |
|---|---|
| SUGARSHOT LCC | mphelps@sugarshot.net |
| SWAIN TOURS USA | ian@swaintours.com |
| SWISSPORT USA INC | natasha.close@swissport.com |
| SWVP WARNER CENTRE HOTEL LLC | yvonne.espinoza@warnercentermarriott.com |
| SYNAXIS MEETINGS AND EVENTS INC | charles@synaxismeetings.com |
| TALLAHASSEE REGIONAL | carolyn.lewand@talgor.com |
| TAYLOR ENGLISH | rstrauss@taylorenglish.com |
| TBITEC SERVICES | mpaletta@laxtec.com |
| TD BANK | monica.mittal@tdsecurities.com |
| TEALIUM AUSTRALIA PTY LTD | ar@tealium.com |
| TELEDYNE CONTROLS | mmoreno@teledyne.com |
| TELEFONIXS INC | amanns@telefonixinc.com |
| THE ANALYTICS TEAM | cdiener@analytics-team.com |
| THE COLUMBUS AIRPORT AUTHORITY | efellows@columbusairports.com |
| THE EASTERN IOWA AIRPORT | cidremittance@eiairport.org |
| THE HOEFLER TYPE FOUNDRY INC DBA HOEFLER & CO | marovich@typography.com |
| THE LANGHAM HUNTINGTON PASADENA | bernadette.ungrue@langhamhotels.com |
| TORRINGTON DISTRIBUTORS INC | kduplessie@torringtondistributors.com |
| Tracey Anne Martin | tracey.martin@virginaustralia.com |
| TRANS AMERICAN TRAVEL INC USA | shawn@transamtravel.com |
| TRANSAERO INC | accounting@transaeroinc.com |
| TRANSPORTATION SECURITY ADMINISTRATION | tsa-fees@dhs.gov |
| TRAVEL AND TRANSPORT | enielsen@tandt.com |
| TRAVEL EDGE | jim.osborne@traveledge.com |
| TRAVEL STORE INC | accounting@travelstore.com |
| TRAVELZOO | receivables@travelzoom.com |
| TRAX CORPORATION | accounting@trax.aero |
| TRI-CITIES REGIONAL AIRPORT TN | tcartwright@triflight.com |
| TRICK 3D LLC | lstephenscpa@gmail.com |
| TRIUMPH THERMAL SYSTEMS INC | tmartin@triumphairrepair.com |
| TRONAIR | mail@tronair.com |
| TUCSON AIRPORT AUTHORITY | mlopez@flytucson.com |
| TULSA INTERNATIONAL AIRPORT | taaweb@cityoftulsa.org |
| TWENTIETH CENTURY FOX FILM CORPORATION | jenny.lin-kennedy@fox.com |
| TZELL TRAVEL LLC USA | accounting@tzell.com |
| UNICAL AVIATION INC | accountreceivable@unical.com |
| UNICAL DEFENSE INC | ylie@unicaldefense.com |
| UNITED ENTERPRISE GROUP LTD | usf@ueaviation.com |
| UNIVERSAL AVIONICS | vlopez@uasc.com |
| UNIVERSAL WEATHER & AVIATION INC | lscott@uni-wea.com |
| UPSILON INTERNATIONAL CORPORATION | ynemoto@upsilonintl.com |
| US AVIATION SERVICES CORP | norquiola@unitedhq.com |
| US CUSTOMS & BORDER PROTECTION | cufiufhelp@cbp.dhs.gov |
| US DEPARTMENT OF AGRICULTURE | abshelpline@aphis.usda.gov |
| USA GATEWAY INC. | david.dfw@gtttravel.com |

| | |
|---|---|
| USTOA | fgioia@ustoa.com |
| UTC AEROSPACE SYSTEMS (GOODRICH AEROSTRUCTURES) | fsscashremit@utas.utc.com |
| VAS AERO SERVICES LLC SEATTLE | eunice.vizcaino@vas.aero |
| VAS AERO SERVICES LLC SEATTLE | vas.orderrelease@volvo.com |
| VERSAIC INC | finance@versaic.com |
| VIRGIN AMERICA | accounts.receivable@virginamerica.com |
| VIRTUOSO LTD | ar@virtuoso.com |
| VITOL AVIATION COMPANY | fuel.accounting@virginaustralia.com |
| VITOL AVIATION COMPANY | ykp@vitol.com |
| VOYAGES A LA CARTE USA | accounting@valcusa.com |
| VT MILTOPE | dhill@miltope.com |
| WARNER CENTRE MARRIOTT | aevans@warnercentermarriott.com |
| WAZUH INC | alberto@wazuh.com |
| WENCOR LLC | angiec@wencor.com |
| WERNER AERO SERVICES | jgonzalez@werneraero.com |
| WHITE & CASE | msmith@whitecase.com |
| WILKES-BARRE/SCRANTON INT AIRPORT | airport@flyavp.com |
| William Miller | william.miller@virginaustralia.com |
| WILMINGTON INTERNATIONAL AIRPORT | dneathery@flyilm.com |
| WILMINGTON TRUST COMPANY | wsponenberg@wilmingtontrust.com |
| WILSON SONSINI GOODRICH & ROSATI | arhabb@wsgr.com |
| WOODWARD HRT INC | carol.borchers@ge.com |
| WOODWARD INC | rockfordaccountsreceivable@woodward.com |
| WOODWARD MPC INC | wmpc.collections@woodward.com |
| WORKFRONT INC. | credit@workfront.com |
| WORLD FUEL SERVICES INC (FLORIDA USA) | wfsinvoiceaviation@wfscorp.com |
| WORLD SERVICE WEST | jinhwang@worldservicewest.com |
| WORLDVIEW TRAVEL (WVT) USA | ar@worldviewtravel.com |
| WORLDWIDE AERO CONSULTING SERVICES | michael@wwacs.com |
| WORLDWIDE EXPRESS INC | worldwideexpressinc@gmail.com |
| WYNDHAM ANAHEIM GARDEN GROVE | myrarodriguez@anaheimwyndham.com |
| XTRA AEROSPACE LLC | ar@xtaero.com |
| YAKIMA AIR TERMINAL PFC | debbie.baldoz@yakimawa.gov |
| YOKOHAMA AEROSPACE AMERICA INC | rachel.smith@yokohama-aero.com |
| ZODIAC EXECUTIVE AIRCRAFT INSERTS | huishi.yeo@zodiacaerospace.com |
| ZODIAC SEATS CALIFORNIA LLC | fatima.essa@zodiacaerospace.com |
| COGENCY GLOBAL INC. | processagent@cogencyglobal.com |
| JERMEY HOLLINGSWORTH | jeremy.hollingsworth@bnymellon.com |
| PEI CANPAN | pei.caipan@bnymellon.com |
| US TRUSTEE | susan.arbeit@usdoj.gov |

**EXHIBIT B**

| | |
|---|---|
| BAE SYSTEMS CONTROLS INC<br>1101 WILSON BOULEVARD, SUITE 2000<br>ARLINGTON, VIRGINIA, 22209 | INTERNAL REVENUE SERVICE<br>1111 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20224 |
| PRATT & WHITNEY COMPONENT SOLUTIONS<br>4905 STARIHA DRIVE<br>MUSKEGON, IL 49441 | BILLINGS LOGAN INTERNATIONAL<br>190 TERMINAL CIRCLE<br>ROOM 216<br>BILLINGS, MONTANA 59105 |
| BLOOMBERG<br>THE BUREAU OF NATIONAL AFFAIRS INC.<br>1801 BELL STREET<br>ARLINGTON, VIRGINIA 22202 | BLUE SHIELD OF CALIFORNIA<br>601 12th STREET<br>OAKLAND, CA 94607 |
| BOISE AIR TERMINAL<br>AIRPORT DIRECTORS OFFICE<br>3201 AIRPORT WAY<br>BOISE, IDAHO 83705 | BRADLEY INTERNATIONAL AIRPORT<br>CONNECTICUT DEPARTMENT OF TRANSPORTATION<br>2800 BERLIN TURNPIKE<br>NEWINGTON, CT 06111 |
| CARLSON WAGONLIT TRAVEL USA<br>701 CARLSON PKWY<br>MINNETONKA, MN 55305 | CHARLOTTESVILLE ALBERMARLE AIRPORT<br>100 BOWEN LOOP, SUITE 200<br>CHARLOTTESVILLE, VA 22911 |
| CHEVRON PRODUCTS COMPANY<br>6001 BOLLINGER CANYON ROAD<br>SAN RAMON, CA 94583 | CITY OF CHICAGO<br>MIDWAY AIRPORT<br>33 SOUTH STATE STREET, SUITE 420<br>CHICAGO, IL 60604-3976 |
| EMBRAER AIRCRAFT MAINTENANCE INC.<br>10 AIRWAYS BLVD.<br>NASHVILLE, TN 37217 | GE ENGINE SERVICES<br>1 NEUMANN WAY,<br>CINCINNATI, OH 45215 |
| GEE OS MASFLIGHT<br>4553 GLENCOE AVENUE<br>SUITE 200<br>MARINA DEL RAY, CA 90292 | HAMILTON SUNSTRAND CORP.<br>AIRPORT SERVICE RD<br>WINDSOR LOCKS, CT 06096 |
| ITHACA TOMPKINS REGIONAL AIRPORT<br>72 BROWNS ROAD<br>ITHACA, NY 14850 | JUNEAU INTERNATIONAL AIRPORT<br>1873 SHELL SIMMONS DRIVE, SUITE 200<br>JUNEAU, ALASKA 99801 |
| KALAMAZOO/BATTLECREEK INTERNATIONAL AIRPORT<br>5235 PORTAGE ROAD<br>KALAMAZOO, MICHIGAN 49002 | LAMBERT-ST. LOUIS INTERNATIONAL AIRPORT<br>P.O. BOX 10212<br>ST. LOUIS, MO 63145 |
| LEWISTON-NEZ PERCE COUNTY AIRPORT<br>406 BURRELL AVE, SUITE 301<br>LEWISTON, ID 83501 | LOS ANGELES COUNTY TAX COLLECTOR<br>PO BOX 54018<br>LOS ANGELES, CA 90054-0018 |
| MANCHESTER REGIONAL AIRPORT<br>1 AIRPORT RD<br>MANCHESTER, NH 03103 | MISSOULA COUNTY AIRPORT AUTHORITY<br>5225 HIGHWAY 10 WEST<br>MISSOULA, MT 59808 |

| | |
|---|---|
| MYRTLE BEACH INTERNATIONAL AIRPORT<br>1100 JETPORT RD<br>MYRTLE BEACH, SC 29577 | NORFOLK INTERNATIONAL AIRPORT<br>2200 NORVIEW AVENUE<br>NORFOLK, VA 23518-5807 |
| NORTH WEST FLORIDA REGIONAL AIRPORT<br>1701 STATE RD 85 NORTH<br>ELGIN AIR FORCE BASE, FLORIDA 32542 | OUTGAMIE COUNTY REGIONAL AIRPORT<br>410 S WALNUT STREET<br>APPLETON, WI 54915 |
| PALM BEACH COUNTY DEPT. OF AIRPORTS<br>333 SOUTH STATE ST, ROOM 420<br>CHICAGO, IL 60604 | PALM SPRINGS INTERNATIONAL<br>3400 E TAHQUITZ CANYON WAY, STE OFC<br>PALM SPRINGS, CA 92262 |
| PENSACOLA REGIONAL AIRPORT<br>2430 AIRPORT BLVD, SUITE 225<br>PENSACOLA, FLORIDA 32504 | PRIVATE EXPORT FUNDING CORP (PEFCO)<br>280 PARK AVENUE<br>NEW YORK, NEW YORK 10017 |
| RICHMOND INTERNATIONAL AIRPORT<br>CAPITAL REGIONAL AIRPORT<br>BOX A-3<br>RICHMOND, VA 23231-5999 | SACRAMENTO INTERNATIONAL AIRPORT<br>6900 AIRPORT BOULEVARD<br>SACRAMENTO, CA 95837 |
| SAN ANGELO MATHIS FIELD<br>8618 TERMINAL CIRCLE<br>SAN ANGELO, CA 76904 | SONOMA COUNTY AIRPORT<br>2290 AIRPORT BOULEVARD<br>SANTA ROSA, CA 95403 |
| SOUTHWEST FLORIDA INTERNATIONAL AIRPORT<br>11000 TERMINAL ACCESS RD, SUITE 8671<br>FORT MYERS, FLORIDA 33913-8213 | SPEC TOOL COMPANY<br>PO BOX 1056<br>PICO RIVERA, CA 90660 |
| SYRACUSE HANCOCK INTERNATIONAL<br>TOMPKINS COUNTY BUDGET OFFICE<br>320 NORTH TIOGA STREET<br>ITHACA, NY 14850 | WITCHITA MID-CONTINENT AIRPORT<br>2173 AIR CARGO ROAD<br>WICHITA, KS 67209 |
| WILL ROGERS WORLD AIRPORT<br>OKLAHOMA CITY DEPARTMENTS OF AIRPORTS<br>7100 TERMINAL DR., BOX 937<br>OKLAHOMA CITY, OK 7315-0937 | WILLIAM P. HOBBY AIRPORT<br>16930 JOHN F. KENNEDY BOULEVARD<br>HOUSTON, TX 77032 |
| YEAGER REGIONAL AIRPORT AUTHORITY<br>100 AIRPORT RD, SUITE 175<br>CHARLESTON, WV 25311 | COGENCY GLOBAL INC.<br>10 E. 40TH STREET, 10TH FLOOR<br>NEW YORK, NY 10016 |
| THE BANK OF NEW YORK MELLON<br>240 GREENWICH STREET<br>NEW YORK, NY 10286<br>ATTENTION: GLOBAL CORPORATE TRUST<br>VIRGIN AUSTRALIA HOLDINGS LIMITED | THE BANK OF NEW YORK MELLON<br>101 BARCLAY STREET<br>21st FLOOR<br>NEW YORK, NY 10286<br>ATTENTION: GLOBAL CORPORATE TRUST<br>VIRGIN AUSTRALIA HOLDINGS LIMITED |
| U.S. ATTORNEY'S OFFICE<br>CIVIL DIVISION<br>86 CHAMBERS STREET, 3rd FLOOR<br>NEW YORK, NY 10007 | U.S. TRUSTEE'S OFFICE<br>SUSAN A. ARBEIT, TRIAL ATTORNEY<br>201 VARICK STREET, ROOM 1006<br>NEW YORK, NY 10014 |